AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL    DISTRICT OF    PUERTO RICO

UNITED STATES OF AMERICA,        **APPEARANCE**

    v.        CRIMINAL NO. 99-306(PG)

RAMON DIAZ ORTIZ

To the Clerk of this court and all parties of record:

    Enter my appearance as **Lead Counsel** in this case for the United States of America.

    RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico on this 7th day of March, 2006.

                H. S. GARCIA
                United States Attorney

                S/ *Judith Vargas*
                Judith Vargas - USDC No. 219914
                Attorney for Plaintiff
                United States Attorney's Office
                Torre Chardón, Suite 1201
                350 Carlos Chardón Street
                San Juan, Puerto Rico 00918
                Tel: (787) 766-5656
                Fax: (787) 771-4050
                Email: judith.vargas@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel.

    At San Juan, Puerto Rico this 7th day of March, 2006.

    S/ *Judith Vargas*
    Attorney for Plaintiff